SO ORDERED.
SIGNED this 25th day of January, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE



_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

KATHERINE DENISE NEWBY
aka KATHY DENISE NEWBY
aka KATHERINE DENISE THURMAN

Case No. 3:23-bk-30022-SHB
Chapter 13

Debtor

## **O R D E R**

Debtor, *pro se*, filed a Voluntary Petition commencing this Chapter 13 bankruptcy case on January 9, 2023, but did not file the Certificate of Credit Counseling; Statement Regarding Payment Advices; Schedules C, G, H, I, and J; Declaration About Schedules; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period; and/or Chapter 13 Plan as required by §§ 109(h), 521(b)(1), and 1321; and Rules 1007(b) and 3015(b) of the Federal Rules of Bankruptcy Procedure. Debtor was notified by the Notice of Additional Documents to Be Filed dated January 10, 2023, that the delinquent documents were required to be filed within fourteen days of the petition date (i.e., by January 23, 2023); however, the documents were not filed.

Because Debtor has not complied with 11 U.S.C. §§ 109(h), 521(a)(1), and 1321; Rules

1007(b) and 3015(b); and the Notice of Additional Documents to Be Filed by filing the aforementioned documents, and, pursuant to 11 U.S.C. § 521(i), "if an individual debtor in a voluntary case under chapter . . . 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition [i.e., February 24, 2023]," the Court directs Debtor to appear on February 8, 2023, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why this case should not be dismissed.

###